JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CHAVEZ, ) | Case No. CV 09-5318 DSF (PLAx): |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| UNITED CAPITAL SERVICES, ) INC. DBA UNITED CAPITAL ) FUNDING; U.S. BANK NATIONAL ) ASSOCIATION AS TRUSTEE; ) FIVE STAR HOME SALES, INC., ) DBA FIVE STAR MORTGAGE; ) HOME EQ SERVICING and DOES 1 ) through 100, Inclusive, ) | |
| Defendants. ) | |
| _____ ) | |

    This action came before the Court on a motion to dismiss, the Honorable Dale S. Fischer, District Judge, Presiding.  The Court ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss.

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___8/25/09_____            _____/s/ Dale S. Fischer_____
                                     Dale S. Fischer
                                     United States District Judge

2